UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 01CR0302-IEG |
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |
| MIGUEL SUAREZ, | |
| Defendants. | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against MIGUEL SUAREZ, be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

**DATED: September 25, 2013**

_____
**IRMA E. GONZALEZ**
**United States District Judge**